```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                  Civil No. 10-1004 (RHK/JJG)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **DEFAULT JUDGMENT AND** |
| ) | **FINAL ORDER OF** |
| V. ) | **FORFEITURE** |
| ) | |
| $38,778.86 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

Based on the motion of the United States for an order granting default judgment against all unknown persons and entities having an interest in the defendant currency and for a final order of forfeiture; on all the files and records in this action; and on Court's finding as follows that:

1. A verified Complaint for Forfeiture *In Rem* with supporting Affidavit of Joseph T. Zuraw was filed on March 29, 2010, alleging that the defendant currency is subject to forfeiture pursuant to 31 U.S.C. §§ 5317(c)(2) and 5332(c);

2. A Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court on March 29, 2010, directing United States to arrest the defendant currency;

3. A Notice of Civil Forfeiture was posted by the United States on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, giving notice to all unknown interested persons and entities of the

verified statement and answer requirements;

4. On May 24, 2010, Gary Wayne Combs filed a verified Claim for the defendant currency, and on June 11, 2010 filed an Answer to the Complaint for Forfeiture;

5. No other verified statement of interest in or right against the defendant currency or answers to the Complaint for Forfeiture have been filed with the Clerk of Court or served on the United States Attorney, and the time for filing a verified statement and answer has expired;

6. On November 29, 2010, Gary Wayne Combs withdrew his claim to the defendant currency and agreed that the Court may enter an order forfeiting the currency to the United States pursuant to 31 U.S.C. §§ 5317(c)(2) and 5332(c);

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a default judgment and final order of forfeiture is GRANTED;

2. Default judgment is entered against all unknown persons and entities having an interest in the defendant currency;

3. All right, title and interest in the defendant currency in the amount of $38,778.86 is forfeited to the

United States of America pursuant to 31 U.S.C. §§ 5317(c)(2) and 5332(c); and

4. The defendant currency shall be disposed of by the United States in accordance with the law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:   January 11, 2011

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE, Judge
                                       United States District Court